## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| MICHAEL SCOTT CHANDLER | | |
| | : | CA 17-2164 |
| | | BKY. NO. 14-19346 |
| | : | ADV. NO. 15-387 |

## **N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 6/7/17 and has been assigned to the Honorable Nitza I. Quinones Alejandro.

The following is the schedule for filing briefs with this office:

(1)  The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2)  The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3)  The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

KATE BARKMAN
Clerk of Court

_____\\
Patricia Jones, Deputy Clerk
267-299-7072

cc:   Mark Blank, Jr., Esq.; Michael Scott Chandler
      Richard N. Lipow, Esq.; Michael H. Kaliner, Esq. (Chpt. 7 Trustee)
      United States Trustee

civ651.frm